**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                             Case No. 09-cr-43-PB

<u>Jimmy P. Tran</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for November 3, 2009, citing the need for additional time to complete discovery and engage in plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 3, 2009 to January 5, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on December 21, 2009 at 4:45 p.m.

    No further continuances.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

October 22, 2009

cc:  Douglas Beaton, Esq.
     Michael Zaino, Esq.
     United States Probation
     United States Marshal